MICHAEL D. STEIN
Attorney at Law
CSBN: 43726
2727 Broadway
San Diego CA 92102
(619)-232-8986

Attorney for: Defendant,
GEORGE SHAFFER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALFORNIA
### (HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br> vs.                             )<br>                                 )<br> GEORGE SHAFFER,                 )<br>                                 )<br>         Defendant.              )<br>_____) | Case No.: 05CR1707-LAB<br><br>JOINT MOTION TO CONTINUE SENTENCING AND ORDER THEREON |

Sentencing in this matter is currently set for November 13, 2006.

**AS A JOINT MOTION** by and between Michael D. Stein, Attorney for Defendant GEORGE SHAFFER and Michael Kaplan, Assistant United States Attorney in the case on file herein, it is hereby stipulated that sentencing in this matter is hereby continued from November 13, 2006 to January 8, 2007 at 9:30am.

All other conditions are to remain in effect.

Both parties agree that this continuance was necessitated by ongoing discussions of issues between the United States Attorney's Office and the defendant, especially in light of new information that has arisen, which will affect the defendant's sentencing.

**SO STIPULATED.**

Dated: 10/17/06

MICHAEL D. STEIN,
Attorney for Defendant,
GEORGE SHAFFER

**SO STIPULATED.**

Dated: 10/19/06

MICHAEL KAPLAN,
Assistant United States Attorney

**SO ACKNOWLEDGED.**

Dated: 10/17/06

GEORGE SHAFFER,
Defendant and Surety

**IT IS SO ORDERED.**

Dated: 10/19/06

UNITED STATES DISTRICT COURT JUDGE